# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. HOLLIE,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN SUTTON, Warden,<br><br>    Respondent. | Case No. CV 17-00442-JVS (SHK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Petitioner's request for a stay is denied and Judgment be entered denying the Petition for a Writ of Habeas Corpus, and dismissing this action without prejudice.

Dated: September 6, 2017

                _____
                HONORABLE JAMES V. SELNA
                United States District Judge