UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY V. HOLLIE, | Case No. CV 17-00442-JVS (SHK) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: September 6, 2017

HONORABLE JAMES V. SELNA
United States District Judge